# United States District Court
## Eastern District of Texas
## Tyler Division

| | | |
|---|---|---|
| **ROBERT PHELPS** | § | |
| | § | |
| **v.** | § | Case No. 6:13-cv-556-MHS |
| | § | |
| **EAST TEXAS MEDICAL CENTER REGIONAL** | § | |
| **HEALTHCARE SYSTEM** | § | |

## FINAL JUDGMENT

In accordance with the parties' Joint Stipulation for Dismissal (Doc. No. 16), it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims be dismissed with prejudice, and final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 22nd day of May, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE